No. 74–6600. THERIAULT *v.* PITTMAN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–6601. WILLIAMS *v.* PATTERSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 74–6602. POLANCO *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–6603. NIETO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6604. DONOVAN *v.* McCARTHY, MEN'S COLONY SUPERINTENDENT, ET AL. Super. Ct. Cal., County of San Luis Obispo. Certiorari denied.

No. 74–6605. LAAMAN *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 74–6607. PORTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6608. KIRNON *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 74–6610. WHITE *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 74–6612. FERNANDEZ *v.* LEVINE, INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 74–6613. NOWAK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.